IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * Criminal No. CCB-16-0267 |
| DANTE D. BAILEY, *et al.* | * |

*******

## ORDER

For the reasons stated in open court on April 15, 2019, and with the consent of defendant Sydni Frazier, a mistrial for manifest necessity is declared as to Mr. Frazier only. The charges against Mr. Frazier are severed. A retrial will be scheduled at a later date. *See United States v. Von Spivey*, 895 F.2d 176 (4th Cir. 1990).

Further, the oral motions for mistrial made on behalf of defendants Randy Banks, Jamal Lockley, and Corloyd Anderson are denied. As explained on the record, most of the evidence against Mr. Frazier would have been admissible against his alleged co-conspirators even if he had not been participating in the trial up until today. Appropriate jury instructions will be given to eliminate any minimal risk of unfair prejudice.

So Ordered this 15 day of April, 2019.

/S/ CCB
_____
Catherine C. Blake
United States District Judge

1