# UNITED STATES OF AMERICA

## vs.

## SYDNI FRAZIER

Civil/Criminal No. CCB-16-0267                    **Government's Hearing Exhibits**

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | 2/18/2020 | 2/18/2020 | Copy of Maryland Case Search -Eviction |
| 2 | 2/18/2020 | 2/18/2020 | Photograph – 2923 Rosalind Avenue |
| 3 | 2/18/2020 | 2/18/2020 | Photograph – Images of Front Door (961 Bennett Place) |
| 4 | 2/18/2020 | 2/18/2020 | Cell Phone Long |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2020 FEB 19 AM 8:52

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY