Department of Public Safety and Correctional Services
## NOTICE OF INMATE RULE VIOLATION

Inmate Name: SIDNEY FRAIZER        SID Number: 2851685           Date of Report: 10/04/2018

Facility Location: Chesapeake Detention Facility

Control Number: 00455204

Event ID Number: 2018-0061643      Case Number: 2018-006      Housing Location: CDF HUB_4_045_A

Reporting Staff Name: C. Washington      Position: Sergeant

---

## Reported Facts:

Date of reported conduct:   10/04/2018          Time of reported conduct:   2:00 PM

### Reported Facts:

On Thursday October 4, 2018, I Sergeant C. Washington noticed during the Formal Security Count that Charlie cell 24 was breached which house Detainee Sidney Fraiser #2851685. I ordered Corporal Shealey in the control center to open C-24 so the door could be secured. I immediately removed the toilet tissue that achored the door. Detainee Sidney Fraiser was placed on Cell Restiction from October 2, 2018 through October 10, 2018 for a previous Notice of Infraction. This caused a delay of the security count and sanitation conducted on the tier. I ordered him to remove the tissue from the door, before I removed it securing the door, C-24. The removal of the tissue blocking the door prevented another breech or incident of someone being injured cor assaulted on the quad without an officer being presented.

### Recommended Charge: 312 , 315 , 501 , 503

Signature of Reporting Staff :
*I solemnly affirm under the penalties of perjury and upon personal knowledge that the facts set forth in the above report are true.*

| Reporting staff: | C. Washington      Sergeant | | 10/04/2018 |
|---|---|---|---|
| | *Print Name and Title* | *Signature* | *Date* |

## Supervisor Review Action

☐   Informal Resolution (See Notice on Informal Resolution form served with this document for details.)
☑   Formal Hearing (See Notice of inmate Rule Violation And Disciplinary Hearing form served with this document for details.)
    ☐   Recommended Administrative Segregation Assignment Pending Formal Hearing      ☐   Use Of Force Reported
☐   Contraband Disposition

Rule Violation Charge :
312. Interfere with or resist a search of a person, item, area, or location; Cause the early return of a community detail due to a violation of the rules; or Commit any inmate rule violation outside of the confinement of a secure facility
315. Possess or pass contraband
501. Engage in reckless behavior or horseplay
503. Disobey a specifically cited facility Category V rule not listed in this regulation as a rule violation

Comments :

| Shift Supervisor : | Monica Jenkins-Ngandu      Approving Supervisor | | 10/04/2018 |
|---|---|---|---|
| | *Print Name and Title* | *Signature* | *Date* |

## Department of Public Safety and Correctional Services
## NOTICE OF INMATE DISCIPLINARY HEARING

| | | |
|---|---|---|
| Inmate Name: SIDNEY FRAIZER | SID Number: 2851685 | Facility Location: Chesapeake Detention Facility |
| Event ID Number: 2018-0061643 | Case Number: 2018-006 | Control Number: 00455204 |
| Reporting Staff Name: C. Washington | | Position:Sergeant      Date of Report: 10/04/2018 |
| Rule Violation Charge: 312 , 503 , 315 , 501 | | Housing Location: HUB_4_045_A |

You have been served a copy (list number of if more than one : _____ ) of the rule violation report regarding the above rule violation charge and will be scheduled for a formal disciplinary hearing. Before your scheduled appearance, you will be permitted 24 hours from the date and time you receive this notice to prepare a possible case presentation if you wish to respond to the above rule violation charged. Upon appearing before a hearing officer at a date to be determined, you will be provided an opportunity as permitted by the hearing officer to make a case presentation in response to the rule violation report regarding the above rule violation charge.

You may be permitted to request a representative at your hearing if you list that individual by name below . A failure to list representation by name below at the time of service of this notice shall be deemed at your hearing a waiver by you of representative:

Print the name of representative: _____

You may be permitted to call a witness or witnesses (to include staff or reporting staff) at your hearing as part of your presentation if you list the individual by name below. A failure to list a witness by name below at the time of the service of this notice shall be deemed at your hearing a waiver by you of the witness.

Print name of witness: _____

You may be permitted to offer evidence as part of your presentation if you list your evidence request below. A failure to list your evidence request below at the time of the service of this notice shall be deemed at your hearing a waiver by you of that evidence.

Evidence Request:_____

All representation, witness, and evidence requests are subject to the review of a hearing officer who may permit or deny such requests at your appearance. If found guilty, you may appeal the decision and/or sanction imposed in writing within 15 calendar days of the date of receipt of the hearing officer's written decision to the warden of the facility where you are housed at the time of your appeal.

Service and Receipt of Notice

Inmate Receipt: Your signature below is only an acknowledgment for receipt of a copy of the rule violation report regarding the above rule violation charged and this notice form and a refusal by you to sign constitutes waiver of the service obligation by the facility.

Signature: _____     SID#: _____     Date: _____     Time: _____     AM/PM

Staff Service:
At the service of the rule violation report and this notice regarding the above rule violation charged by the below staff, the inmate listed above:

☐ Was correctly identified by me at service;

☐ Did received from me a copy of the rule violation report and this Notice regarding the above rule violation charge; or

☐ Refused to sign for receipt of the rule violation report and this notice regarding the above rule violation charge but did receive from me a copy of the rule violation report and this Notice.

*I solemnly affirm under the penalty of perjury and upon personal knowledge that the facts set forth in the above statements regarding service of the rule violation report and this notice regarding the above rule violation charge are true.*

signature: _____ AM/PM

| *Print Name and Title* | *Signature* | *Date and Time* |
|---|---|---|

## Department of Public Safety and Correctional Services
### NOTICE OF INMATE RULE VIOLATION

Inmate Name: SIDNEY FRAIZER     SID Number: 2851685     Date of Report: 10/10/2018

Facility Location: Chesapeake Detention Facility        Control Number: 00455204

Event ID Number: 2018-0062942     Case Number: 2018-007     Housing Location: CDF HUB_4_045_A

Reporting Staff Name: Michael    Position:Corporal

---

**Reported Facts:**

Date of reported conduct:    10/10/2018       Time of reported conduct:    7:15 AM

**Reported Facts:**
On Wednesday October 10, 2018 while conducting the Formal Security Count, Sergeant C. Washington ordered me to check cell C-24 door due to the control panel light glowing red indicating an unsecured door. In this cell, Detainee Sidney Fraizer #2851685 resides and a white towel found at the bottom of the door removed and the door slammed closed. Detainee Sidney Fraiser, you continue to breech the door and has been ordered stop this behavior immediately. This causes a delay of the facility normal activities and security count.

**Recommended Charge:** 312 , 316

Signature of Reporting Staff :
*I solemnly affirm under the penalties of perjury and upon personal knowledge that the facts set forth in the above report are true.*

Reporting staff:     Michael Camacho       Corporal                           10/10/2018

                  *Print Name and Title*                                   *Signature*      *Date*

---

**Supervisor Review Action**

☐   Informal Resolution (See Notice on Informal Resolution form served with this document for details.)
☑   Formal Hearing (See Notice of inmate Rule Violation And Disciplinary Hearing form served with this document for details.)
    ☑   Recommended Administrative Segregation Assignment Pending Formal Hearing    ☐   Use Of Force Reported
☐   Contraband Disposition

Rule Violation Charge :
312.Interfere with or resist a search of a person, item, area, or location; Cause the early return of a community detail due to a violation of the rules; or Commit any inmate rule violation outside of the confinement of a secure facility
316.Disobey an order

Comments :

Shift Supervisor :     David Roane       Approving Supervisor                         10/10/2018

                  *Print Name and Title*                                *Signature*      *Date*

---

**Shift Commander's Administrative Segregation Review:**

I have reviewed the above Administrative Segregation recommendation And: ☑ Approve ☐ Disapprove the recommendation.

## Department of Public Safety and Correctional Services
### NOTICE OF INMATE RULE VIOLATION

| | | | |
|---|---|---|---|
| Inmate Name: SIDNEY FRAIZER | SID Number: 2851685 | Date of Report: 10/10/2018 | |
| Facility Location: Chesapeake Detention Facility | | | Control Number: 00455204 |
| Event ID Number: 2018-0062942 | Case Number: 2018-007 | Housing Location: CDF HUB_4_045_A | |

Reporting Staff Name: Michael      Position:Corporal

| | | |
|---|---|---|
| Shift Commander :    David  Roane | | 10/10/2018 |
| *Print Name and Title* | *Signature* | *Date* |

**Department of Public Safety and Correctional Services**
**NOTICE OF INMATE DISCIPLINARY HEARING**

| | | |
|---|---|---|
| Inmate Name: SIDNEY FRAIZER | SID Number: 2851685 | Facility Location: Chesapeake Detention Facility |
| Event ID Number: 2018-0062942 | Case Number: 2018-007 | Control Number: 00455204 |
| Reporting Staff Name: Michael Camacho | | Position:Corporal         Date of Report: 10/10/2018 |
| Rule Violation Charge: 312 , 316 | | Housing Location: HUB_4_045_A |

You have been served a copy (list number of if more than one : _____ ) of the rule violation report regarding the above rule violation charge and will be scheduled for a formal disciplinary hearing. Before your scheduled appearance, you will be permitted 24 hours from the date and time you receive this notice to prepare a possible case presentation if you wish to respond to the above rule violation charged. Upon appearing before a hearing officer at a date to be determined, you will be provided an opportunity as permitted by the hearing officer to make a case presentation in response to the rule violation report regarding the above rule violation charge.

You may be permitted to request a representative at your hearing if you list that individual by name below . A failure to list representation by name below at the time of service of this notice shall be deemed at your hearing a waiver by you of representative:

Print the name of representative: _____

You may be permitted to call a witness or witnesses (to include staff or reporting staff) at your hearing as part of your presentation if you list the individual by name below. A failure to list a witness by name below at the time of the service of this notice shall be deemed at your hearing a waiver by you of the witness.

Print name of witness: _____

You may be permitted to offer evidence as part of your presentation if you list your evidence request below. A failure to list your evidence request below at the time of the service of this notice shall be deemed at your hearing a waiver by you of that evidence.

Evidence Request:_____

All representation, witness, and evidence requests are subject to the review of a hearing officer who may permit or deny such requests at your appearance. If found guilty, you may appeal the decision and/or sanction imposed in writing within 15 calendar days of the date of receipt of the hearing officer's written decision to the warden of the facility where you are housed at the time of your appeal.

Service and Receipt of Notice

Inmate Receipt: Your signature below is only an acknowledgment for receipt of a copy of the rule violation report regarding the above rule violation charged and this notice form and a refusal by you to sign constitutes waiver of the service obligation by the facility.

Signature: _____     SID#: _____     Date: _____     Time: _____     AM/PM

Staff Service:
At the service of the rule violation report and this notice regarding the above rule violation charged by the below staff, the inmate listed above:

☐ Was correctly identified by me at service;

☐ Did received from me a copy of the rule violation report and this Notice regarding the above rule violation charge; or

☐ Refused to sign for receipt of the rule violation report and this notice regarding the above rule violation charge but did receive from me a copy of the rule violation report and this Notice.

*I solemnly affirm under the penalty of perjury and upon personal knowledge that the facts set forth in the above statements regarding service of the rule violation report and this notice regarding the above rule violation charge are true.*

signature: _____     _____     _____     AM/PM

|  *Print Name and Title*  |  *Signature*  |  *Date and Time*  |

## Department of Public Safety and Correctional Services
### NOTICE OF INMATE RULE VIOLATION

Inmate Name: SIDNEY FRAIZER          SID Number: 2851685          Date of Report: 12/08/2018

Facility Location: Chesapeake Detention Facility                                    Control Number: 00455204

Event ID Number: 2018-0075368      Case Number: 2018-008      Housing Location: CDF HUB_4_045_A

Reporting Staff Name: A Moseley      Position:COII

---

**Reported Facts:**

Date of reported conduct:    12/07/2018          Time of reported conduct:    1:30 PM

**Reported Facts:**

On Friday, December 7, 2018, at approximately 1:30 pm, detaineeSidney Frazier #2851685 cell-19 entered  Delta Pod housing unit after an attorneyvisit. This writer gave detainee Frazier a lawful order "to enter into hiscell, it was lock- in time" which he failed to comply. Instead, detainee Frazierloudly stated to this writer in a loud and disrespectful tone" bitch you aint'teating no dick so don't say shit to me!" Be advised, this writer did not respond to the disrespectful and derogatorycomments made by detainee Frazier. This writer informed detainee Frazier's thathis actions would result in a "Notice of Infraction". Detainee Sidney FrazierSID# 2851685 of Delta Cell #19 was positively I.D. by his "E" card that isinside of Master Control.

**Recommended Charge:** 312 , 316 , 410 , 501

Signature of Reporting Staff :
*I solemnly affirm under the penalties of perjury and upon personal knowledge that the facts set forth in the above report are true.*

Reporting staff:      A Moseley      COII                                          12/08/2018

                     *Print Name and Title*                    *Signature*        *Date*

---

**Supervisor Review Action**

☐   Informal Resolution (See Notice on Informal Resolution form served with this document for details.)
☑   Formal Hearing (See Notice of inmate Rule Violation And Disciplinary Hearing form served with this document for details.)
   ☐   Recommended Administrative Segregation Assignment Pending Formal Hearing      ☐   Use Of Force Reported
☐   Contraband Disposition

Rule Violation Charge :
312.Interfere with or resist a search of a person, item, area, or location; Cause the early return of a community detail due to a violation of the rules; or Commit any inmate rule violation outside of the confinement of a secure facility
316.Disobey an order
410.Demonstrate disrespect, insolence, or use of vulgar language, and disobey a specifically cited facility Category IV rule not listed in this regulation as a rule violation
501.Engage in reckless behavior or horseplay

Comments :

Shift Supervisor :      Shannon  Blackwell      Approving  Supervisor                        12/08/2018

**Department of Public Safety and Correctional Services**
**NOTICE OF INMATE RULE VIOLATION**

Inmate Name: SIDNEY FRAIZER          SID Number: 2851685          Date of Report: 12/08/2018

Facility Location: Chesapeake Detention Facility                                        Control Number: 00455204

Event ID Number: 2018-0075368     Case Number: 2018-008          Housing Location: CDF HUB_4_045_A

Reporting Staff Name: A Moseley     Position:COII

*Print Name and Title*                                              *Signature        Date*

**Department of Public Safety and Correctional Services**
**NOTICE OF INMATE DISCIPLINARY HEARING**

| | | |
|---|---|---|
| Inmate Name: SIDNEY FRAIZER | SID Number: 2851685 | Facility Location: Chesapeake Detention Facility |
| Event ID Number: 2018-0075368 | Case Number: 2018-008 | Control Number: 00455204 |
| Reporting Staff Name: A Moseley | | Position:COII    Date of Report: 12/08/2018 |
| Rule Violation Charge: 316 , 312 , 410 , 501 | | Housing Location: HUB_4_045_A |

You have been served a copy (list number of if more than one : _____ ) of the rule violation report regarding the above rule violation charge and will be scheduled for a formal disciplinary hearing. Before your scheduled appearance, you will be permitted 24 hours from the date and time you receive this notice to prepare a possible case presentation if you wish to respond to the above rule violation charged. Upon appearing before a hearing officer at a date to be determined, you will be provided an opportunity as permitted by the hearing officer to make a case presentation in response to the rule violation report regarding the above rule violation charge.

You may be permitted to request a representative at your hearing if you list that individual by name below . A failure to list representation by name below at the time of service of this notice shall be deemed at your hearing a waiver by you of representative:

Print the name of representative: _____

You may be permitted to call a witness or witnesses (to include staff or reporting staff) at your hearing as part of your presentation if you list the individual by name below. A failure to list a witness by name below at the time of the service of this notice shall be deemed at your hearing a waiver by you of the witness.

Print name of witness: _____

You may be permitted to offer evidence as part of your presentation if you list your evidence request below. A failure to list your evidence request below at the time of the service of this notice shall be deemed at your hearing a waiver by you of that evidence.

Evidence Request:_____

All representation, witness, and evidence requests are subject to the review of a hearing officer who may permit or deny such requests at your appearance. If found guilty, you may appeal the decision and/or sanction imposed in writing within 15 calendar days of the date of receipt of the hearing officer's written decision to the warden of the facility where you are housed at the time of your appeal.

Service and Receipt of Notice

Inmate Receipt: Your signature below is only an acknowledgment for receipt of a copy of the rule violation report regarding the above rule violation charged and this notice form and a refusal by you to sign constitutes waiver of the service obligation by the facility.

Signature: _____    SID#: _____    Date: _____    Time: _____    AM/PM

Staff Service:
At the service of the rule violation report and this notice regarding the above rule violation charged by the below staff, the inmate listed above:

☐ Was correctly identified by me at service;

☐ Did received from me a copy of the rule violation report and this Notice regarding the above rule violation charge; or

☐ Refused to sign for receipt of the rule violation report and this notice regarding the above rule violation charge but did receive from me a copy of the rule violation report and this Notice.

*I solemnly affirm under the penalty of perjury and upon personal knowledge that the facts set forth in the above statements regarding service of the rule violation report and this notice regarding the above rule violation charge are true.*

signature: _____    AM/PM

| *Print Name and Title* | *Signature* | *Date and Time* |
|---|---|---|

**Department of Public Safety and Correctional Services**
**NOTICE OF INMATE RULE VIOLATION**

Inmate Name: SIDNEY FRAIZER          SID Number: 2851685          Date of Report: 01/09/2019

Facility Location: Chesapeake Detention Facility                                    Control Number: 00455204

Event ID Number: 2019-0001959     Case Number: 2019-009          Housing Location: CDF HUB_4_045_A

Reporting Staff Name: P. Emenalom   Position:Sergeant

---

## Reported Facts:

Date of reported conduct:   01/09/2019          Time of reported conduct:   7:00 PM

**Reported Facts:**
On January 9, 2019, at approximately 7:00pm, Detainee Sydney Frazier #2851685 and Shakeen Davis #3577767 both housed in Delta Cell D19 refused to lock in after showers as the Unit was on lock down status.
They complained that their toilet was not flushing and as a result wanted to be moved out of the Unit.
I secured them in the computer room because they were disrupting normal activities. When I, Sgt P. Emenalom inspected the toilet, I discovered that the toilet was clogged with balls of toilet tissue which stopped water from draining. I had to unclog the toilet by removing all the balls of toilet tissue, and the toilet started flushing and draining normal.
Even after the toilet was fixed, Sydney Frazier and Shakeen Davis still refused to lock in, and Supervision was notified. Sgt Kearney, Lt Edwards, and Capt Brown responded and ordered them to lock in and they refused.

**Recommended Charge:** 316

Signature of Reporting Staff :
*I solemnly affirm under the penalties of perjury and upon personal knowledge that the facts set forth in the above report are true.*

| Reporting staff: | P. Emenalom       Sergeant | | 01/09/2019 |
|---|---|---|---|
| | *Print Name and Title* | *Signature* | *Date* |

### Supervisor Review Action

☐   Informal Resolution (See Notice on Informal Resolution form served with this document for details.)
☑   Formal Hearing (See Notice of inmate Rule Violation And Disciplinary Hearing form served with this document for details.)
   ☑   Recommended Administrative Segregation Assignment Pending Formal Hearing      ☐   Use Of Force Reported
☐   Contraband Disposition

Rule Violation Charge :
316.Disobey an order

Comments :

| Shift Supervisor : | Milton Edwards       Agent | | 01/09/2019 |
|---|---|---|---|
| | *Print Name and Title* | *Signature* | *Date* |

### Shift Commander's Administrative Segregation Review:

I have reviewed the above Administrative Segregation recommendation And: ☑ Approve  ☐ Disapprove the recommendation.

### Department of Public Safety and Correctional Services
### NOTICE OF INMATE RULE VIOLATION

Inmate Name: SIDNEY FRAIZER          SID Number: 2851685          Date of Report: 01/09/2019

Facility Location: Chesapeake Detention Facility                                        Control Number: 00455204

Event ID Number: 2019-0001959          Case Number: 2019-009          Housing Location: CDF HUB_4_045_A

Reporting Staff Name: P. Emenalom          Position:Sergeant

| Shift Commander : | Milton Edwards | | 01/09/2019 |
| --- | --- | --- | --- |
| | *Print Name and Title* | *Signature* | *Date* |

**Department of Public Safety and Correctional Services**
**NOTICE OF INMATE DISCIPLINARY HEARING**

Inmate Name: SIDNEY FRAIZER          SID Number: 2851685          Facility Location: Chesapeake Detention Facility

Event ID Number: 2019-0001959          Case Number: 2019-009          Control Number: 00455204

Reporting Staff Name: P. Emenalom                    Position:Sergeant                    Date of Report: 01/09/2019

Rule Violation Charge: 316                    Housing Location: HUB_4_045_A

You have been served a copy (list number of if more than one : _____) of the rule violation report regarding the above rule violation charge and will be scheduled for a formal disciplinary hearing. Before your scheduled appearance, you will be permitted 24 hours from the date and time you receive this notice to prepare a possible case presentation if you wish to respond to the above rule violation charged. Upon appearing before a hearing officer at a date to be determined, you will be provided an opportunity as permitted by the hearing officer to make a case presentation in response to the rule violation report regarding the above rule violation charge.

You may be permitted to request a representative at your hearing if you list that individual by name below . A failure to list representation by name below at the time of service of this notice shall be deemed at your hearing a waiver by you of representative:

Print the name of representative: _____

You may be permitted to call a witness or witnesses (to include staff or reporting staff) at your hearing as part of your presentation if you list the individual by name below. A failure to list a witness by name below at the time of the service of this notice shall be deemed at your hearing a waiver by you of the witness.

Print name of witness: _____

You may be permitted to offer evidence as part of your presentation if you list your evidence request below. A failure to list your evidence request below at the time of the service of this notice shall be deemed at your hearing a waiver by you of that evidence.

Evidence Request:_____

All representation, witness, and evidence requests are subject to the review of a hearing officer who may permit or deny such requests at your appearance. If found guilty, you may appeal the decision and/or sanction imposed in writing within 15 calendar days of the date of receipt of the hearing officer's written decision to the warden of the facility where you are housed at the time of your appeal.

---

Service and Receipt of Notice

Inmate Receipt: Your signature below is only an acknowledgment for receipt of a copy of the rule violation report regarding the above rule violation charged and this notice form and a refusal by you to sign constitutes waiver of the service obligation by the facility.

Signature: _____          SID#: _____          Date: _____          Time: _____          AM/PM

Staff Service:
At the service of the rule violation report and this notice regarding the above rule violation charged by the below staff, the inmate listed above:

☐ Was correctly identified by me at service;

☐ Did received from me a copy of the rule violation report and this Notice regarding the above rule violation charge; or

☐ Refused to sign for receipt of the rule violation report and this notice regarding the above rule violation charge but did receive from me a copy of the rule violation report and this Notice.

*I solemnly affirm under the penalty of perjury and upon personal knowledge that the facts set forth in the above statements regarding service of the rule violation report and this notice regarding the above rule violation charge are true.*

signature: _____ AM/PM

|                          |            |                |
|--------------------------|------------|----------------|
| *Print Name and Title*   | *Signature*| *Date and Time*|



# Department of Public Safety and Correctional Services

**INTELLIGENCE DIVISION**
8520 CORRIDOR ROAD SUITE H • SAVAGE, MARYLAND 20763 • www.dpscs.maryland.gov
GENERAL BUSINESS (410) 724-5720 • FAX (410) 724-5790

STATE OF MARYLAND

LAWRENCE J. HOGAN, JR.
GOVERNOR

BOYD K. RUTHERFORD
LT. GOVERNOR

STEPHEN T. MOYER
SECRETARY

WILLIAM G. STEWART
DEPUTY SECRETARY
ADMINISTRATION

J. MICHAEL ZEIGLER
DEPUTY SECRETARY
OPERATIONS

DAVID N. BEZANSON
ASSISTANT SECRETARY
CAPITAL PROGRAMS

DAVID A. REITZ
SECRETARY'S DIRECTOR
OF INVESTIGATION,
INTELLIGENCE, AND
FUGITIVE APPREHENSION

ERROL E. ETTING
EXECUTIVE DIRECTOR
INTELLIGENCE &
INVESTIGATIVE DIVISION

**To**: Acting Deputy Director P. Farmer, Intelligence Unit
**Intelligence and Investigative Division**

**From**: Lieutenant Nina Rizer, Central Region Intelligence Unit
**Date**: 2/17/2019

**Re**: **After-Action Report**

| Contraband Interdiction Summary Report | |
|---|---|
| Date of Interdiction: | 2/17/2019 |
| Time of Interdiction: | 1:00pm |
| Region: | Central |
| Specific Location: | CDF |
| Investigator(s) Responsible: | Lt. N. Rizer |
| Additional Staff: | Sgt. J. Henderson |
| K-9 Handler(s): | None |

**Narrative of Events**

As a result of intelligence recovered from monitoring GTL phone calls, and mail cover, it was discovered that detainee Sidney Frazier, SID# 2851685, had planned a visit on 2/11/19, and have the visitor bring in drugs. The visitor, Sadida Keshawn Dunkley, 3038 Brighton Street, Baltimore Md, had been in contact with Frazier on multiple occasions, via GTL, discussing when the visit would occur. Frazier is currently on mail cover, and in a letter he sent to her, he explained to her what type of contraband to bring in, amounts, and how to package it so as to not be discovered. During a GTL call, Dunkley told Frazier she would not be able to visit on the 11th, and they both agreed to a visit on 2/17/19, at approximately 12 pm.

At approximately 1:00 pm, on 2/17/19, Dunkley arrived at CDF, and checked in with the officers at the front desk. At that time, members of the Central Region Intelligence Unit, confronted Ms. Dunkley and asked to speak to her privately. Lt. Rizer and Sgt. Henderson escorted Dunkley to the administration area in CDF, where she was questioned about her visit. Dunkley was informed that there was reason to believe she was carrying a quantity of contraband on her person, intended for Sidney Frazier, and was asked if she would willingly give it to Lt. Rizer. Dunkley agreed, and was escorted to the ladies bathroom in the admin area. Dunkley went into the bathroom stall, put her hand down the front of her pants, and removed a package wrapped in plastic wrap. Dunkley stated she had the package concealed in her crotch area. Prior to this incident, federal agents were notified by Intel that Frazier would be receiving contraband from a visitor. Intel remained in contact with agents and kept them apprised of the ongoing investigation. Intel was advised by those agents that Dunkley and Frazier would be processed by them, and indicted, at a later date. Intel was also advised that the contraband and all related reports would be picked up by federal agents on or before Tuesday, February 19.

 

Visitor/Sidney Frazier          Sidney Frazier SID# 2851685

**Contraband Recovered:**

54 strips of 8 mg suboxone
8 grams of suspected marijuana





**Photos   (See Attached).**

**DATE:**      February 19, 2019

    **SUBJECT:**   CDF (Visitor CDS recovery) SIR# **19-013**
    **RE:**            **Visitor** Sadida Keshawn Dunkley

On February 17, 2019 at approximately 1300 hours, members of the Central Region Intelligence Unit, while assigned to the Chesapeake Detention Facility (CDF) recovered suspicious suspected CDS that a visitor concealed on her person who was visiting Detainee **Sidney Frazier SID# 2851685.**

As a result of intelligence recovered from monitoring GTL phone calls, and mail cover, it was discovered that detainee Sidney Frazier, SID# 2851685, conspired to have Visitor Sadida Dunkley bring in drugs.
Visitor Sadida Dunkley was intercepted by Central Region Intelligence Unit and questioned. Subsequently she voluntarily surrendered the contraband. This recovery resulted in a total of 54 strips of 8 mg suboxone and 8 grams of leafy green substance (suspected marijuana).

On February 19, 2019 at approximately 1200 hours, I (Captain R. Latimer) Field Investigator for the Department of Public Safety and Correctional Services Intelligence and Investigative Division and a certified person to test suspected Controlled Dangerous Substance (CDS) using the MMC Presumptive drug test kit tested a small portion of suspected CDS substance that recovered from the visitor at Chesapeake Detention Facility (CDF).

The test result was **positive** for **Buprenorphine (Subutex)** also describe as Suboxone, a Schedule III controlled substance as defined by the United States Controlled Substances Act.

The leafy green substance tested **positive** for **Cannabis**, also known as **Marijuana** a Schedule I controlled substance as defined by the United States Controlled Substances Act.

Intelligence & Investigative Division (IID), was contacted; however no case number was issued.

Central Region Intelligence Unit will process the contraband. The CDS will be photographed and deposited in the contraband locker pursuant to the chain of custody policy. In addition, all notifications, notice of infraction and pertinent to OCMS entries were made in accordance with established DPSCS policy and procedures.

**20190219 CDF (Visitor CDS recovery-INTEL) SIR# 19-013.doc**.tdf(141.8 kb)

    Best Regards,

**Department of Public Safety and Correctional Services**
**NOTICE OF INMATE RULE VIOLATION**

Inmate Name: SIDNEY FRAIZER     SID Number: 2851685          Date of Report: 02/20/2019

Facility Location: Chesapeake Detention Facility                                          Control Number: 00455204

Event ID Number: 2019-0010456     Case Number: 2019-010     Housing Location: CDF HUB_4_045_A

Reporting Staff Name: S. Hopkins     Position:COII

## Reported Facts:

Date of reported conduct:   02/20/2019          Time of reported conduct:   12:45 PM

**Reported Facts:**
On Wednesday February 20, 2019 Corporal S. Hopkins was assigned as OIC (Officer in Charge) of Delta Pod. At approximately 12:45pm while conducting the institutional daily lock down, Corporal Hopkins observed that detainee Sidney Frazier ID #2851685 housed D-3, had not locked in and was on the telephone. Corporal Hopkins gave detainee Frazier a direct order to hang up the phone and lock in because it was time to do so. Detainee Frazier continued his phone conversation. Corporal Hopkins again ordered detainee Frazier to hang up the phone and lock in. At that time detainee Frazier did hang up the phone but he began to walk to other cells on the housing unit speaking to various detainees. Corporal Hopkins again ordered detainee Frazier to lock in at which time he stated "I will go in on my own time and do what I have to do cause I'm a man". Detainee Frazier did not lock into his cell until 1:15p.m.. Detainee Frazier was given an infraction.

**Recommended Charge:** 316 , 100

Signature of Reporting Staff :
*I solemnly affirm under the penalties of perjury and upon personal knowledge that the facts set forth in the above report are true.*

| Reporting staff: | S. Hopkins     COII | | 02/20/2019 |
|---|---|---|---|
| | *Print Name and Title* | *Signature* | *Date* |

## Supervisor Review Action

☐  Informal Resolution (See Notice on Informal Resolution form served with this document for details.)
☑  Formal Hearing (See Notice of inmate Rule Violation And Disciplinary Hearing form served with this document for details.)
    ☑  Recommended Administrative Segregation Assignment Pending Formal Hearing     ☐   Use Of Force Reported
☐   Contraband Disposition

Rule Violation Charge :
100.Engage in a disruptive act
316.Disobey an order

Comments :

| Shift Supervisor : | LATHAN HARCUM JR      Agent | | 02/20/2019 |
|---|---|---|---|
| | *Print Name and Title* | *Signature* | *Date* |

## Shift Commander's Administrative Segregation Review:

**Department of Public Safety and Correctional Services**
**NOTICE OF INMATE RULE VIOLATION**

Inmate Name: SIDNEY FRAIZER  SID Number: 2851685  Date of Report: 02/20/2019

Facility Location: Chesapeake Detention Facility  Control Number: 00455204

Event ID Number: 2019-0010456  Case Number: 2019-010  Housing Location: CDF HUB_4_045_A

Reporting Staff Name: S. Hopkins  Position:COII

I have reviewed the above Administrative Segregation recommendation And: ☑ Approve ☐ Disapprove the recommendation.

| Shift Commander : | LATHAN HARCUM JR | | 02/20/2019 |
|---|---|---|---|
| | *Print Name and Title* | *Signature* | *Date* |

**Department of Public Safety and Correctional Services**
**NOTICE OF INMATE DISCIPLINARY HEARING**

| | | |
|---|---|---|
| Inmate Name: SIDNEY FRAIZER | SID Number: 2851685 | Facility Location: Chesapeake Detention Facility |
| Event ID Number: 2019-0010456 | Case Number: 2019-010 | Control Number: 00455204 |
| Reporting Staff Name: S. Hopkins | | Position:COII               Date of Report: 02/20/2019 |
| Rule Violation Charge: 100 , 316 | | Housing Location: HUB_4_045_A |

You have been served a copy (list number of if more than one : _____) of the rule violation report regarding the above rule violation charge and will be scheduled for a formal disciplinary hearing. Before your scheduled appearance, you will be permitted 24 hours from the date and time you receive this notice to prepare a possible case presentation if you wish to respond to the above rule violation charged. Upon appearing before a hearing officer at a date to be determined, you will be provided an opportunity as permitted by the hearing officer to make a case presentation in response to the rule violation report regarding the above rule violation charge.

You may be permitted to request a representative at your hearing if you list that individual by name below . A failure to list representation by name below at the time of service of this notice shall be deemed at your hearing a waiver by you of representative:

Print the name of representative: _____

You may be permitted to call a witness or witnesses (to include staff or reporting staff) at your hearing as part of your presentation if you list the individual by name below. A failure to list a witness by name below at the time of the service of this notice shall be deemed at your hearing a waiver by you of the witness.

Print name of witness: _____

You may be permitted to offer evidence as part of your presentation if you list your evidence request below. A failure to list your evidence request below at the time of the service of this notice shall be deemed at your hearing a waiver by you of that evidence.

Evidence Request:_____

All representation, witness, and evidence requests are subject to the review of a hearing officer who may permit or deny such requests at your appearance. If found guilty, you may appeal the decision and/or sanction imposed in writing within 15 calendar days of the date of receipt of the hearing officer's written decision to the warden of the facility where you are housed at the time of your appeal.

---

Service and Receipt of Notice

Inmate Receipt: Your signature below is only an acknowledgment for receipt of a copy of the rule violation report regarding the above rule violation charged and this notice form and a refusal by you to sign constitutes waiver of the service obligation by the facility.

Signature: _____     SID#: _____     Date: _____     Time: _____     AM/PM

---

Staff Service:
At the service of the rule violation report and this notice regarding the above rule violation charged by the below staff, the inmate listed above:

☐ Was correctly identified by me at service;

☐ Did received from me a copy of the rule violation report and this Notice regarding the above rule violation charge; or

☐ Refused to sign for receipt of the rule violation report and this notice regarding the above rule violation charge but did receive from me a copy of the rule violation report and this Notice.

*I solemnly affirm under the penalty of perjury and upon personal knowledge that the facts set forth in the above statements regarding service of the rule violation report and this notice regarding the above rule violation charge are true.*

signature: _____     AM/PM

| *Print Name and Title* | *Signature* | *Date and Time* |
|---|---|---|

**Department of Public Safety and Correctional Services**
**NOTICE OF INMATE RULE VIOLATION**

| | | | |
|---|---|---|---|
| Inmate Name: SIDNEY FRAIZER | SID Number: 2851685 | Date of Report: 08/14/2019 | |
| Facility Location: Chesapeake Detention Facility | | | Control Number: 00455204 |
| Event ID Number: 2019-0045769 | Case Number: 2019-012 | Housing Location: CDF HUB_4_045_A | |
| Reporting Staff Name: Jonathan Allen | Position:CO II | | |

## Reported Facts:

Date of reported conduct: 08/14/2019     Time of reported conduct: 11:30 AM

**Reported Facts:**
On the above date at approximately 11 am while conducting my Institutional duties of A Pod quad II. Detainee Sidney Frazier #2851685 housed in A-24 exited Quad II without permission when ordered to return to his quad. Detainee S. Frazier refused saying, "I am a working man" while detainee Fraizer is a working man for 3x11 shift, I Corporal Allen informed him it does not constitute permission to enter and exit the quad whenever he deems. Detainee Fraizer replied, "Why do you always act like a whole Bitch. I should beat you the fuck up out here. I don't care about no camera. I can take you in a cell where no one will see." At this time I Corporal Allen insist that all present and future working privileges be taken away.

**Recommended Charge:** 104 , 312 , 316

Signature of Reporting Staff :
*I solemnly affirm under the penalties of perjury and upon personal knowledge that the facts set forth in the above report are true.*

| Reporting staff: | Jonathan Allen    CO II | | 08/14/2019 |
|---|---|---|---|
| | *Print Name and Title* | *Signature* | *Date* |

## Supervisor Review Action

☐ Informal Resolution (See Notice on Informal Resolution form served with this document for details.)
☑ Formal Hearing (See Notice of inmate Rule Violation And Disciplinary Hearing form served with this document for details.)
   ☑ Recommended Administrative Segregation Assignment Pending Formal Hearing    ☐ Use Of Force Reported
☐ Contraband Disposition

Rule Violation Charge :
104.Make threats that include using physical harm to objects, property, or individuals
312.Interfere with or resist a search of a person, item, area, or location; Cause the early return of a community detail due to a violation of the rules; or Commit any inmate rule violation outside of the confinement of a secure facility
316.Disobey an order

Comments :

| Shift Supervisor : | David Roane    Approving Supervisor | | 08/14/2019 |
|---|---|---|---|
| | *Print Name and Title* | *Signature* | *Date* |

## Shift Commander's Administrative Segregation Review:

**Department of Public Safety and Correctional Services**
**NOTICE OF INMATE RULE VIOLATION**

Inmate Name: SIDNEY FRAIZER          SID Number: 2851685          Date of Report: 08/14/2019

Facility Location: Chesapeake Detention Facility                                    Control Number: 00455204

Event ID Number: 2019-0045769          Case Number: 2019-012          Housing Location: CDF HUB_4_045_A

Reporting Staff Name: Jonathan Allen     Position:CO II

I have reviewed the above Administrative Segregation recommendation And: ☑ Approve ☐ Disapprove the recommendation.

| Shift Commander : | Valerie Bayne | | 08/14/2019 |
|---|---|---|---|
| | *Print Name and Title* | *Signature* | *Date* |

**Department of Public Safety and Correctional Services**
**NOTICE OF INMATE DISCIPLINARY HEARING**

| | | |
|---|---|---|
| Inmate Name: SIDNEY FRAIZER | SID Number: 2851685 | Facility Location: Chesapeake Detention Facility |
| Event ID Number: 2019-0045769 | Case Number: 2019-012 | Control Number: 00455204 |
| Reporting Staff Name: Jonathan Allen | | Position:CO II                     Date of Report: 08/14/2019 |
| Rule Violation Charge: 104 , 312 , 316 | | Housing Location: HUB_4_045_A |

You have been served a copy (list number of if more than one : _____) of the rule violation report regarding the above rule violation charge and will be scheduled for a formal disciplinary hearing. Before your scheduled appearance, you will be permitted 24 hours from the date and time you receive this notice to prepare a possible case presentation if you wish to respond to the above rule violation charged. Upon appearing before a hearing officer at a date to be determined, you will be provided an opportunity as permitted by the hearing officer to make a case presentation in response to the rule violation report regarding the above rule violation charge.

You may be permitted to request a representative at your hearing if you list that individual by name below . A failure to list representation by name below at the time of service of this notice shall be deemed at your hearing a waiver by you of representative:

Print the name of representative: _____

You may be permitted to call a witness or witnesses (to include staff or reporting staff) at your hearing as part of your presentation if you list the individual by name below. A failure to list a witness by name below at the time of the service of this notice shall be deemed at your hearing a waiver by you of the witness.

Print name of witness: _____

You may be permitted to offer evidence as part of your presentation if you list your evidence request below. A failure to list your evidence request below at the time of the service of this notice shall be deemed at your hearing a waiver by you of that evidence.

Evidence Request:_____

All representation, witness, and evidence requests are subject to the review of a hearing officer who may permit or deny such requests at your appearance. If found guilty, you may appeal the decision and/or sanction imposed in writing within 15 calendar days of the date of receipt of the hearing officer's written decision to the warden of the facility where you are housed at the time of your appeal.

---

Service and Receipt of Notice

Inmate Receipt: Your signature below is only an acknowledgment for receipt of a copy of the rule violation report regarding the above rule violation charged and this notice form and a refusal by you to sign constitutes waiver of the service obligation by the facility.

Signature: _____     SID#: _____     Date: _____     Time: _____     AM/PM

---

Staff Service:
At the service of the rule violation report and this notice regarding the above rule violation charged by the below staff, the inmate listed above:

☐ Was correctly identified by me at service;

☐ Did received from me a copy of the rule violation report and this Notice regarding the above rule violation charge; or

☐ Refused to sign for receipt of the rule violation report and this notice regarding the above rule violation charge but did receive from me a copy of the rule violation report and this Notice.

*I solemnly affirm under the penalty of perjury and upon personal knowledge that the facts set forth in the above statements regarding service of the rule violation report and this notice regarding the above rule violation charge are true.*

signature: _____ AM/PM

| *Print Name and Title* | *Signature* | *Date and Time* |
|---|---|---|

Department of Public Safety and Correctional Services
**NOTICE OF INMATE RULE VIOLATION**

Inmate Name: SIDNEY FRAIZER          SID Number: 2851685          Date of Report: 08/25/2019

Facility Location: Chesapeake Detention Facility'                                                    Control Number: 00455204

Event ID Number: 2019-0047949     Case Number: 2019-013          Housing Location: CDF HUB_4_045_A

Reporting Staff Name: C. Holmes       Position:Sergeant

---

**Reported Facts:**

Date of reported conduct:    08/25/2019          Time of reported conduct:    11:43 AM

**Reported Facts:**
On August 25, 2019, at approximately 11:43 am, I Sergeant C. Holmes was assigned as Officer-In-Charge of Alpha Housing Unit. Detainee Sidney Fraizer #2851685, was exiting the visiting booth from a female visitor. Upon exiting the visiting booth, Corporal D. Gordon (Assigned to escort visits) informed me that she smelled smoke coming from the visiting booth. I asked Detainee Sidney Fraizer, "What did you burn?" and he stated "I did not burn nothing." Detainee Sidney Fraizer was escorted to his cell without incident. The contraband used for the incident was not discovered at this time. This incident could have created a hazard for not only the detainee, but the facility as a whole. There are to be no contraband carried into the visiting booth at any time. I, Sergeant C. Holmes conducted further inspection of the visiting booth and noticed that the plexi-glass was burnt almost completely through on the detainee side and a large black stain was visible and hot. A work order was placed for the repair(s) #76411 into maintenance connection for the cost by Lt. D. Roane.

**Recommended Charge:** 315 , 502 , 116 , 501

Signature of Reporting Staff :
*I solemnly affirm under the penalties of perjury and upon personal knowledge that the facts set forth in the above report are true.*

Reporting staff:      C. Holmes      Sergeant                                                    08/25/2019
                              *Print Name and Title*                              *Signature*        *Date*

---

**Supervisor Review Action**

☐  Informal Resolution (See Notice on Informal Resolution form served with this document for details.)
☑  Formal Hearing (See Notice of inmate Rule Violation And Disciplinary Hearing form served with this document for details.)
    ☑  Recommended Administrative Segregation Assignment Pending Formal Hearing     ☐  Use Of Force Reported
☐  Contraband Disposition

Rule Violation Charge :
116.Possess, misuse, tamper with, damage, or destroy security equipment or property, detection equipment, or fire suppression equipment or alarm
315.Possess or pass contraband
501.Engage in reckless behavior or horseplay
502.Fail to maintain personal cleanliness, the cleanliness of the facility or assigned housing area; or the cleanliness of a location other than in the facility

Comments :

Shift Supervisor :    David  Roane        Approving  Supervisor                                    08/25/2019
                              *Print Name and Title*                              *Signature*        *Date*

**Department of Public Safety and Correctional Services**

**NOTICE OF INMATE RULE VIOLATION**

Inmate Name: SIDNEY FRAIZER        SID Number: 2851685        Date of Report: 08/25/2019

Facility Location: Chesapeake Detention Facility        Control Number: 00455204

Event ID Number: 2019-0047949        Case Number: 2019-013        Housing Location: CDF HUB_4_045_A

Reporting Staff Name: C. Holmes        Position:Sergeant

---

## Shift Commander's Administrative Segregation Review:

I have reviewed the above Administrative Segregation recommendation And: ☑ Approve  ☐ Disapprove the recommendation.

| Shift Commander : | DERRICK BROWN | | 08/25/2019 |
|---|---|---|---|
| | *Print Name and Title* | *Signature* | *Date* |

## Department of Public Safety and Correctional Services
## NOTICE OF INMATE DISCIPLINARY HEARING

| | | |
|---|---|---|
| Inmate Name: SIDNEY FRAIZER | SID Number: 2851685 | Facility Location: Chesapeake Detention Facility |
| Event ID Number: 2019-0047949 | Case Number: 2019-013 | Control Number: 00455204 |
| Reporting Staff Name: C. Holmes | | Position:Sergeant                  Date of Report: 08/25/2019 |
| Rule Violation Charge: 315 , 501 , 502 , 116 | | Housing Location: HUB_4_045_A |

You have been served a copy (list number of if more than one : _____ ) of the rule violation report regarding the above rule violation charge and will be scheduled for a formal disciplinary hearing. Before your scheduled appearance, you will be permitted 24 hours from the date and time you receive this notice to prepare a possible case presentation if you wish to respond to the above rule violation charged. Upon appearing before a hearing officer at a date to be determined, you will be provided an opportunity as permitted by the hearing officer to make a case presentation in response to the rule violation report regarding the above rule violation charge.

You may be permitted to request a representative at your hearing if you list that individual by name below . A failure to list representation by name below at the time of service of this notice shall be deemed at your hearing a waiver by you of representative:

Print the name of representative: _____

You may be permitted to call a witness or witnesses (to include staff or reporting staff) at your hearing as part of your presentation if you list the individual by name below. A failure to list a witness by name below at the time of the service of this notice shall be deemed at your hearing a waiver by you of the witness.

Print name of witness: _____

You may be permitted to offer evidence as part of your presentation if you list your evidence request below. A failure to list your evidence request below at the time of the service of this notice shall be deemed at your hearing a waiver by you of that evidence.

Evidence Request:_____

All representation, witness, and evidence requests are subject to the review of a hearing officer who may permit or deny such requests at your appearance. If found guilty, you may appeal the decision and/or sanction imposed in writing within 15 calendar days of the date of receipt of the hearing officer's written decision to the warden of the facility where you are housed at the time of your appeal.

Service and Receipt of Notice

Inmate Receipt: Your signature below is only an acknowledgment for receipt of a copy of the rule violation report regarding the above rule violation charged and this notice form and a refusal by you to sign constitutes waiver of the service obligation by the facility.

Signature: _____     SID#: _____     Date: _____     Time: _____     AM/PM

Staff Service:
At the service of the rule violation report and this notice regarding the above rule violation charged by the below staff, the inmate listed above:

☐ Was correctly identified by me at service;

☐ Did received from me a copy of the rule violation report and this Notice regarding the above rule violation charge; or

☐ Refused to sign for receipt of the rule violation report and this notice regarding the above rule violation charge but did receive from me a copy of the rule violation report and this Notice.

*I solemnly affirm under the penalty of perjury and upon personal knowledge that the facts set forth in the above statements regarding service of the rule violation report and this notice regarding the above rule violation charge are true.*

signature: _____ AM/PM

| Print Name and Title | Signature | Date and Time |
|---|---|---|

Department of Public Safety and Correctional Services
NOTICE OF INMATE RULE VIOLATION

Inmate Name: SIDNEY FRAIZER     SID Number: 2851685          Date of Report: 09/11/2019

Facility Location: Chesapeake Detention Facility                                          Control Number: 00455204

Event ID Number: 2019-0051211     Case Number: 2019-014     Housing Location: CDF HUB_4_045_A

Reporting Staff Name: James
                                     Position: Agent

---

**Reported Facts:**

---

Date of reported conduct:   09/11/2019          Time of reported conduct:   8:00 AM

**Reported Facts:**
On September 11, 2019 at approximately 0800 hours, members of the central region Intelligence & Investigation unit at the Chesapeake Detention facility in Baltimore city conducted a cell search on Charlie pod cell# 1, which housed detainees Sidney Frazier SID# 2851685 and Anthony Dinkins SID# 4333123.

During the search, I Sergeant James Henderson recovered from underneath detainee Frazier mattress a black book, inside the black book contained 4 orange strips of suspected CDS wrapped in clear plastic along with a pair of designer glasses inside a case. Detainee Frazier was also in possession of extra foam that was altered into a pillow.

During questioning, detainee Frazier claimed ownership of the suspected CDS. I Sergeant Henderson from the Department of Public Safety and Correctional services is a certified person to test suspected Controlled Dangerous Substance (CDS) using the MMC Presumptive drug test kit tested, a small portion of suspected CDS substance that was confiscated.

 The result tested <u>positive</u> for **Buprenorphine (Subutex)** also describe as Suboxone, a Schedule III controlled substance as defined by the United States Controlled Substances Act.

The CDS was photograph and deposited in the CDS safe pursuant to the chain of custody policy. In addition, all notifications, notice of infraction and pertinent to OCMS entries were made in accordance with established DPSCS policy and procedures.

**Recommended Charge:** 114 , 315 , 111 , 116

Signature of Reporting Staff :
*I solemnly affirm under the penalties of perjury and upon personal knowledge that the facts set forth in the above report are true.*

Reporting staff:     James  Henderson     Agent                                   09/11/2019

**Department of Public Safety and Correctional Services**

**NOTICE OF INMATE RULE VIOLATION**

Inmate Name: SIDNEY FRAIZER    SID Number: 2851685    Date of Report: 09/11/2019

Facility Location: Chesapeake Detention Facility    Control Number: 00455204

Event ID Number: 2019-0051211    Case Number: 2019-014    Housing Location: CDF HUB_4_045_A

Reporting Staff Name: James
Position: Agent

| Print Name and Title | Signature | Date |
|---|---|---|

---

## Supervisor Review Action

☐ Informal Resolution (See Notice on Informal Resolution form served with this document for details.)

☑ Formal Hearing (See Notice of inmate Rule Violation And Disciplinary Hearing form served with this document for details.)

☑ Recommended Administrative Segregation Assignment Pending Formal Hearing    ☐ Use Of Force Reported

☑ Contraband Disposition

Rule Violation Charge :

111.Possess a drug, controlled dangerous substance, or medication requiring staff observation to ingest, or an intoxicant excluding alcohol.

114.Possess a drug, controlled dangerous substance, or medication requiring staff observation to ingest, or an intoxicant, excluding alcohol, in a sufficient quantity, or possess packaging materials, suggesting distribution of or the intent to distribute

116.Possess, misuse, tamper with, damage, or destroy security equipment or property, detection equipment, or fire suppression equipment or alarm

315.Possess or pass contraband

Comments :

Shift Supervisor :    Nina Rizer    Approving Supervisor    09/11/2019

| Print Name and Title | Signature | Date |
|---|---|---|

---

## Shift Commander's Administrative Segregation Review:

I have reviewed the above Administrative Segregation recommendation And: ☑ Approve  ☐ Disapprove the recommendation.

Shift Commander :    David Roane    09/11/2019

| Print Name and Title | Signature | Date |
|---|---|---|

**Department of Public Safety and Correctional Services**
**NOTICE OF INMATE DISCIPLINARY HEARING**

Inmate Name: SIDNEY FRAIZER                SID Number: 2851685              Facility Location: Chesapeake Detention Facility
Event ID Number: 2019-0051211          Case Number: 2019-014          Control Number: 00455204
Reporting Staff Name: James Henderson                                    Position: Agent                         Date of Report: 09/11/2019
Rule Violation Charge: 111 , 114 , 315 , 116                          Housing Location: HUB_4_045_A

You have been served a copy (list number of if more than one : _____ ) of the rule violation report regarding the above rule violation charge and will be scheduled for a formal disciplinary hearing. Before your scheduled appearance, you will be permitted 24 hours from the date and time you receive this notice to prepare a possible case presentation if you wish to respond to the above rule violation charged. Upon appearing before a hearing officer at a date to be determined, you will be provided an opportunity as permitted by the hearing officer to make a case presentation in response to the rule violation report regarding the above rule violation charge.

You may be permitted to request a representative at your hearing if you list that individual by name below . A failure to list representation by name below at the time of service of this notice shall be deemed at your hearing a waiver by you of representative:

Print the name of representative: _____

You may be permitted to call a witness or witnesses (to include staff or reporting staff) at your hearing as part of your presentation if you list the individual by name below. A failure to list a witness by name below at the time of the service of this notice shall be deemed at your hearing a waiver by you of the witness.

Print name of witness: _____

You may be permitted to offer evidence as part of your presentation if you list your evidence request below. A failure to list your evidence request below at the time of the service of this notice shall be deemed at your hearing a waiver by you of that evidence.

Evidence Request: _____

All representation, witness, and evidence requests are subject to the review of a hearing officer who may permit or deny such requests at your appearance. If found guilty, you may appeal the decision and/or sanction imposed in writing within 15 calendar days of the date of receipt of the hearing officer's written decision to the warden of the facility where you are housed at the time of your appeal.

---

Service and Receipt of Notice

Inmate Receipt: Your signature below is only an acknowledgment for receipt of a copy of the rule violation report regarding the above rule violation charged and this notice form and a refusal by you to sign constitutes waiver of the service obligation by the facility.

Signature: _____        SID#: _____        Date: _____        Time: _____        AM/PM

---

Staff Service:
At the service of the rule violation report and this notice regarding the above rule violation charged by the below staff, the inmate listed above:

☐ Was correctly identified by me at service;

☐ Did received from me a copy of the rule violation report and this Notice regarding the above rule violation charge; or

☐ Refused to sign for receipt of the rule violation report and this notice regarding the above rule violation charge but did receive from me a copy of the rule violation report and this Notice.

*I solemnly affirm under the penalty of perjury and upon personal knowledge that the facts set forth in the above statements regarding service of the rule violation report and this notice regarding the above rule violation charge are true.*

signature: _____        AM/PM

| *Print Name and Title* | *Signature* | *Date and Time* |
| --- | --- | --- |

Department of Public Safety and Correctional Services

NOTICE OF INMATE RULE VIOLATION

| | | |
|---|---|---|
| Inmate Name: SIDNEY FRAIZER | SID Number: 2851685 | Date of Report: 10/14/2020 |
| Facility Location: Chesapeake Detention Facility | | Control Number: 00455204 |
| Event ID Number: 2020-0048599 | Case Number: 2020-030 | Housing Location: CDF HUB_4_045_B |
| Reporting Staff Name: S Samuel | Position: CO II | |

## Reported Facts:

Date of reported conduct:   10/14/2020          Time of reported conduct:   5:30 AM

**Reported Facts:**
On Wednesday October 14, 2020, Sergeant Samuel along with custody staff was on Delta pod quad (1) conducting shakedown(s). At approximately 5:30 am, a search was conducted in cell 9, which housed detainee Sidney Frazier-2851685. While in the process of strip-searching detainee Frazier, Sergeant Samuel observed a **Black Uno M6 plus Cell phone** fall on the floor from his genital area. At that time, Sergeant Samuel secured the cell phone in his pocket. After continuing the search, Sergeant Samuel recovered **two (2) cell phone chargers** from behind a tote. All items was photographed and processed in accordance to the Chain of Custody policy form 67.

**Recommended Charge:** 122 , 315

Signature of Reporting Staff :
*I solemnly affirm under the penalties of perjury and upon personal knowledge that the facts set forth in the above report are true.*

| Reporting staff: | S Samuel | CO II | *S. Samuel* | 10/14/2020 |
|---|---|---|---|---|
| | *Print Name and Title* | | *Signature* | *Date* |

## Supervisor Review Action

☐   Informal Resolution (See Notice on Informal Resolution form served with this document for details.)
☑   Formal Hearing (See Notice of inmate Rule Violation And Disciplinary Hearing form served with this document for details.)
      ☑   Recommended Administrative Segregation Assignment Pending Formal Hearing      ☐   Use Of Force Reported
☑   Contraband Disposition

Rule Violation Charge :
122.Possess a telecommunication device, SIM card, battery charger, carrying case, or other device or article identified with a telecommunication device; or willfully pose for the taking of an unauthorized photograph or video recording or make an unauthorized audio recording
315.Possess or pass contraband

Comments :

| Shift Supervisor : | Nina Rizer | Approving Supervisor | *N. Brizer* | 10/14/2020 |
|---|---|---|---|---|
| | *Print Name and Title* | | *Signature* | *Date* |

## Shift Commander's Administrative Segregation Review:

**Department of Public Safety and Correctional Services**

**NOTICE OF INMATE RULE VIOLATION**

| | | |
|---|---|---|
| Inmate Name: SIDNEY FRAIZER | SID Number: 2851685 | Date of Report: 10/14/2020 |
| Facility Location: Chesapeake Detention Facility | | Control Number: 00455204 |
| Event ID Number: 2020-0048599 | Case Number: 2020-030 | Housing Location: CDF HUB_4_045_B |
| Reporting Staff Name: S Samuel | Position:CO II | |

I have reviewed the above Administrative Segregation recommendation And: ☑ Approve ☐ Disapprove the recommendation.

Shift Commander :     Nina Rizer        Approving Supervisor                                         10/14/2020

*Print Name and Title*                                                    *Signature*                *Date*

**Department of Public Safety and Correctional Services**
**NOTICE OF INMATE DISCIPLINARY HEARING**

| | | |
|---|---|---|
| Inmate Name: SIDNEY FRAIZER | SID Number: 2851685 | Facility Location: Chesapeake Detention Facility |
| Event ID Number: 2020-0048599 | Case Number: 2020-030 | Control Number: 00455204 |
| Reporting Staff Name: S Samuel | | Position:CO II          Date of Report: 10/14/2020 |
| Rule Violation Charge: 315 , 122 | | Housing Location: HUB_4_045_B |

You have been served a copy (list number of if more than one : _____) of the rule violation report regarding the above rule violation charge and will be scheduled for a formal disciplinary hearing. Before your scheduled appearance, you will be permitted 24 hours from the date and time you receive this notice to prepare a possible case presentation if you wish to respond to the above rule violation charged. Upon appearing before a hearing officer at a date to be determined, you will be provided an opportunity as permitted by the hearing officer to make a case presentation in response to the rule violation report regarding the above rule violation charge.

You may be permitted to request a representative at your hearing if you list that individual by name below . A failure to list representation by name below at the time of service of this notice shall be deemed at your hearing a waiver by you of representative:

Print the name of representative: _____

You may be permitted to call a witness or witnesses (to include staff or reporting staff) at your hearing as part of your presentation if you list the individual by name below. A failure to list a witness by name below at the time of the service of this notice shall be deemed at your hearing a waiver by you of the witness.

Print name of witness: _____

You may be permitted to offer evidence as part of your presentation if you list your evidence request below. A failure to list your evidence request below at the time of the service of this notice shall be deemed at your hearing a waiver by you of that evidence.

Evidence Request:_____

All representation, witness, and evidence requests are subject to the review of a hearing officer who may permit or deny such requests at your appearance. If found guilty, you may appeal the decision and/or sanction imposed in writing within 15 calendar days of the date of receipt of the hearing officer's written decision to the warden of the facility where you are housed at the time of your appeal.

Service and Receipt of Notice

Inmate Receipt: Your signature below is only an acknowledgment for receipt of a copy of the rule violation report regarding the above rule violation charged and this notice form and a refusal by you to sign constitutes waiver of the service obligation by the facility.

Signature: _Sidney F_   SID#: _2851685_   Date: _10/14/20_   Time: _2:45_   AM/PM

Staff Service:
At the service of the rule violation report and this notice regarding the above rule violation charged by the below staff, the inmate listed above:

☑ Was correctly identified by me at service;

☑ Did received from me a copy of the rule violation report and this Notice regarding the above rule violation charge; or

☐ Refused to sign for receipt of the rule violation report and this notice regarding the above rule violation charge but did receive from me a copy of the rule violation report and this Notice.

*I solemnly affirm under the penalty of perjury and upon personal knowledge that the facts set forth in the above statements regarding service of the rule violation report and this notice regarding the above rule violation charge are true.*

signature: _Sgt. A. Hanowager_   _Sgt A. Pauly_   _10/14/20_   _2:45 P_   AM/PM
  Print Name and Title       Signature       Date and Time



| | Name: | Sidney Fraizer | Security Level: | Medium | Assignment: | CM-WJ-Dis Seg |
|---|---|---|---|---|---|---|
| | SID: | 2851685 | Restrictive Status: | Dis Seg | Current Rel Date: | No Info |
| Version: 5.8.3.3 | CL#: | 00483113 | Housing Status: | Normal | Enemies: | No Info |
| App_Area:DOC_DISCIPLINE_RULE_v | Location: | CDF HUB_4_047_B | Status: | Federal | VPI: | No Info |



🙍 mcduffie  (DOC - )

**Home**    Intake ▸    Housing ▸    Transfer ▸    **Inmate Interaction** ▸    **Parole Commission** ▸    **Help**    **Logout**

Home  >  Search  >  Intake Interview List  >  Rule Violation Summary  >  Add Rule Violation

**Inmate Discipline**
- ☐ Add Rule Violation
- ☐ Inmate Hearing Record
- ☐ Inmate Hearing Decision Review
- ☐ Rule Violation Summary

### Staff Report

Event ID#: 2022-0010712

Case Number : 2022-038

★ General Location:  [Housing Unit Cell ⌄]

★ Specific Location:  [F Pod, Quad 4. Cell 29]

★ Date And Approximate Time of Conduct :  [03/09/2022]  [04 ⌄]  [40 ⌄]

Recommended Charge:

| Code | Description | |
|---|---|---|
| 105 | Possess, use, or manufacture a weapon | ✖ |
| 301 | Possess or use alcohol without authorization | ✖ |

[Add Recommended Charge]

[100 (Engage in a disruptive act)                                                    ⌄]

★ Reporting Staff:    ☐ Same as User    ☑ Different than User

Last Name:    [Ekwutife]

First Name:    [L]

Title:    [Sergeant]

Font [Arial ⌄]  Size [1 ⌄]

★ Report Facts:    On Wednesday 03/09/2022 at approximately 0440hrs, Sgt. L. Ekwutife and Cpl. E. Cofie searched cell F-29 in C.D.F where Detainee Fraizer, Sidney (SID # 2851685) was housed. Sgt. L. Ekwutife found a Homemade knife measuring approximately seven inches long underneath the mattress where Detainee Fraizer sleeps on. Sgt. Ekwutife showed the Homemade knife to Detainee Fraizer and asked him if it belongs to him. Detainee Fraizer responded "YES". Sgt. Ekwutife also found some Homemade wine in a Tote and asked Detainee Fraizer if it belongs to him as well. Detainee Fraizer responded "YES". Sgt. L. Ekwutife and Cpl. E. Cofie completed thorough search of Cell F-29 and Sgt. Ekwutife properly identified Detainee Fraizer with his ID card. Detainee Fraizer was then advised by Sgt. L. Ekwutife that he will be receiving a written infraction Ticket for possession of contraband in a correctional facility (C.D.F). Shift Commander Capt. A. Nwugo was timely notified about the incident.

[Check Spelling]

Date Of Report :    03/09/2022

Signature:

[Save] [Clear]

**Supervisor Review Action**

**Notice of Inmate Disciplinary Hearing**